**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:  Traunda M Pettaway ) | Case no. 14-40930 |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor  ) | Judge:  Janet S. Baer |
| ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Traunda M Pettaway                                            Jason Blust Llc
27W014 Evelyn St                                                 211 W Wacker Dr #300
Winfield, IL  60190                                                Chicago, IL 60606

Please take notice that on Friday, January 18, 2019 at 9:15 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, December 13, 2018.

/s/ Mindy Robinson
For:  Glenn Stearns, Trustee

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on November 12, 2014.
2. The debtor plan was confirmed on January 30, 2015.

A Summary of the debtor plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $165.00 | Last Payment Received: | November 13, 2018 |
| Amount Paid: | $11,585.00 | Amount Delinquent: | $660.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee                        /s/ Carolyn A. Suzzi
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350                                              For:  Glenn Stearns, Trustee
Ph:  (630) 981-3888